1012

[No. 47246-5-II.   Division Two.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM PAUL RAMBUR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00533-9, Richard L. Brosey, J., entered February 19, 2015. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 47349-6-II.   Division Two.   May 24, 2016.]

DENISE FUGATE, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-00519-6, Carol Murphy, J., entered March 20, 2015. *Reversed* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[Nos. 32671-3-III; 32672-1-III.   Division Three.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE K. STAATS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. STAATS, *Appellant*.

Appeals from a judgment of the Superior Court for Grant County, No. 12-1-00468-7, Evan E. Sperline, J., entered July 22, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.